IN THE CIRCUIT COURT FOR THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

DAVID LAHEY and GAYLE LAHEY, his
wife,

       Plaintiffs,           Case No.:  *01 - 007938*

Vs                        Division:  *B*

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

       Defendant.
_____/

## COMPLAINT

COME NOW the Plaintiffs, DAVID LAHEY AND GAYLE LAHEY, his wife, by and through the undersigned attorneys, and sues the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as follows:

## COUNT I

1.    This is an action for damages in excess of FIFTEEN THOUSAND AND NO/100S DOLLARS ($15,000.00)

2.    At all times material hereto, Plaintiff, DAVID LAHEY, was and is a resident of Spring Hill, Pasco County, Florida.

3.    On or about February 18, 1999, Jesus Perez (an underinsured/uninsured motorist) owned and operated a motor vehicle on or about West Hillsborough Avenue at or near its intersection with Florida Avenue in Tampa, Hillsborough County, Florida.

1

**EXHIBIT**

**2**

4.     At said time and place, Jesus Perez (an underinsured/uninsured motorist) negligently operated or maintained the motor vehicle, which he was driving, so that said motor vehicle was caused to collide with the vehicle which Plaintiff, DAVID LAHEY, was driving.

5.     That as a result of the foregoing, Plaintiff, DAVID LAHEY, was injured; suffered a permanent injury within a reasonable degree of medical probability; suffered permanent and significant scarring; suffered the loss of use of an important body function; bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition.  The injuries are permanent in nature and the Plaintiff will suffer said losses and impairments in the future.  Plaintiff's automobile was damaged and Plaintiff has lost the use of it during the period required for its repair or replacement.

6.     That Plaintiff, DAVID LAHEY, has incurred medical expenses and wage losses not paid or payable by Personal Injury Protection insurance pursuant to Chapter 627 Florida Statutes.

7.     At all times material and relevant hereto, Jesus Perez was an uninsured and/or underinsured motorist.

8.     At all times material hereto, Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, was and is a foreign corporation engaged in the insurance business and doing business in Tampa, Hillsborough County, Florida.

9.     At all times material and relevant hereto, Plaintiff, DAVID LAHEY, was insured under the provisions under a certain policy issued by Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, that provided, among other items, uninsured/underinsured motorist coverage.  Further, that a copy of said policy is not

attached hereto, as such is not in the possession of the Plaintiff, DAVID LAHEY, at the time of filing this her Complaint.  However, it is alleged, that said policy bears the number of: G04 5277-D18-59B.

10.    Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, under the terms and the conditions of said policies of insurance, as set forth above, has elected, pursuant to said provisions to have all matters concerning damages and compensation for injuries, as hereinabove alleged, on behalf of this insured, Plaintiff, DAVID LAHEY, to be determined through a trial by jury in these proceedings.

**WHEREFORE**, Plaintiff, DAVID LAHEY, demands judgment and damages against the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and **A TRIAL BY JURY IS HEREBY DEMANDED ON ALL ISSUES SO TRIABLE.**

<u>**COUNT II**</u>

52.    Plaintiffs, DAVID LAHEY AND GAYLE LAHEY, his wife, adopt and reallege all prior material paragraphs as if fully set forth herein.

53.    That as a direct and proximate result of the aforesaid negligence and carelessness of Jesus Perez, an underinsured/uninsured motorist, this Plaintiff's wife, GAYLE LAHEY, has had to spend money for hospitalization, medicine, therapy, and medical treatment for her husband because of this negligence and carelessness, and for travel necessary to secure same; and in the future will be compelled to incur similar expenses, and he has lost the comfort, services, society, and consortium of her huband, and will continue to lose it in the future.        WHEREFORE, Plaintiffs, DAVID

3

attached hereto, as such is not in the possession of the Plaintiff, DAVID LAHEY, at the time of filing this her Complaint.   However, it is alleged, that said policy bears the number of: G04 5277-D18-59B.

10.   Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, under the terms and the conditions of said policies of insurance, as set forth above, has elected, pursuant to said provisions to have all matters concerning damages and compensation for injuries, as hereinabove alleged, on behalf of this insured, Plaintiff, DAVID LAHEY, to be determined through a trial by jury in these proceedings.

**WHEREFORE**, Plaintiff, DAVID LAHEY, demands judgment and damages against the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and **A TRIAL BY JURY IS HEREBY DEMANDED ON ALL ISSUES SO TRIABLE.**

## COUNT II

11.   Plaintiffs, DAVID LAHEY AND GAYLE LAHEY, his wife, adopt and reallege all prior material paragraphs as if fully set forth herein.

12.   That as a direct and proximate result of the aforesaid negligence and carelessness of Jesus Perez, an underinsured/uninsured motorist, this Plaintiff's wife, GAYLE LAHEY, has had to spend money for hospitalization, medicine, therapy, and medical treatment for her husband because of this negligence and carelessness, and for travel necessary to secure same; and in the future will be compelled to incur similar expenses, and he has lost the comfort, services, society, and consortium of her huband, and will continue to lose it in the future.

3

WHEREFORE, Plaintiffs, DAVID LAHEY AND GAYLE LAHEY, HIS WIFE, demand judgment, damages, and costs against the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and **A TRIAL BY JURY IS HEREBY DEMANDED ON ALL ISSUES SO TRIABLE.**


JAMES W. CLARK, ESQUIRE
CLARK, CHARLTON & MARTINO, P.A.
3407 W. KENNEDY BOULEVARD
P.O. BOX 24268
TAMPA, FLORIDA 33623
PHONE:  (813)  879-0700
FAX:  (813) 879-5498
FBN:  #146250
Attorney for Plaintiffs



THE TREASURER OF THE STATE OF FLORIDA
DEPARTMENT OF INSURANCE

DAVID LAHEY AND GAYLE LAHEY,
HIS WIFE
PLAINTIFF(S),

VS.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

DEFENDANT(S).

SUMMONS,COMPLAINT, CIVIL COVER SHEET

CASE #:    01007938
COURT:    CIRCUIT COURT
COUNTY:  HILLSBOROUGH
DOI-SOP#: 01-66248

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HERBY GIVEN of the acceptance or receipt of Service of Process by the Insurance
Commissioner and Treasurer, received in my office by  PROCESS SERVER
on the 25th day of September, 01, addressed to the Insurance Commissioner (as process agent or
agent for the insurer).  A copy of said process was  **SERVED by certified mail on the 10th day
of October, 01.**  from this office to:

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
JAMES N SMITH
7401 CYPRESS GARDENS BOULEVARD
WINTER HAVEN FL 33888-0001

as resident agent for the named insurer according to my records; or mailed to said addressee as
an agent or to said insurer at the request of the plaintiff or plaintiff's attorney.

Tom Gallagher
Insurance Commissioner and Treasurer

Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent
filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

Distribution: Clerk of Court, Defendant, Plaintiff or Plaintiff's Attorney

Plaintiff's Representative:
JAMES W. CLARK, ESQUIRE

P.O. BOX 24268
TAMPA FL 33623

TM3

## RETURN OF SERVICE AFFIDAVIT

**THIRTEENTH JUDICIAL CIRCUIT**                    CASE: 01-007938
**HILLSBOROUGH COUNTY**                            CIVIL DIVISION

---

                              SUMMONS, COMPLAINT

DAVID LAHEY, ET. SEQ.,

vs.
                              WITNESS FEE $15.00

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

---

Pursuant to the request of The Plaintiff's Attorney, ,,. FLORIDA LITIGATION SUPPORT
SERVICES, INC., received this process on September 24, 2001 at 10:00 A.M.

I, WILLIAM T. VAUSE SECOND CIRCUIT, ID served same on **STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY C/O FLORIDA INSURANCE COMMISSIONER**, at 200 EAST GAINES STREET,
TALLAHASSEE, FL 32399 on **SEPTEMBER 25, 2001 at 01:45 P.M.**

### INSURANCE COMMISSIONER

By Delivering a true copy of the above document(s) together with a copy of the initial
pleading with the date and hour of service endorsed thereon by me to **TRENDA BAKER**
of the State Of Florida, as the designated agent to accept service of process for and on
behalf of the within named defendant **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
C/O FLORIDA INSURANCE COMMISSIONER** and at the same time delivering into the hand of Said
Insurance commissioner in his above mentioned official capacity the sum of 15.00 as
provided by FS 48.161.

The foregoing instrument was            **FLORIDA LITIGATION SUPPORT SERVICES, INC.**
acknowledged before me this day         **1901 WEST CASS STREET**
by the process server who is            **TAMPA, FL 33606**
personally known to me.                 **OFFICE (813) 254-8762**
September 25th, 2001

**NOTARY**                              WILLIAM T. VAUSE SECOND CIRCUIT, ID #30

**INDEX**   30324
**FILE NO** 35966

ROANNA WETHERINGTON
MY COMMISSION # CC 991955
EXPIRES: January 7, 2005
Bonded Thru Notary Public Underwriters