IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE
STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
CIVIL DIVISION

DAVID LAHEY. and GAYLE LAHEY, his
wife, individually and as parents and next
friends of BRITTANY NICOLE LAHEY, a
minor, TYLER CHRISTIAN LAHEY, a      Case No.:     01007938
minor, AUSTIN GLENN LAHEY, a minor,
and ASHLEY AMBER LAHEY, a minor,      Division:      B

           Plaintiffs,

vs

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

           Defendant.

_____/

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES and COSTS

PLAINTIFFS, DAVID LAHEY, and GAYLE LAHEY, his wife, individually and as

parents and next friends of BRITTANY NICOLE LAHEY, a minor, TYLER CHRISTIAN

LAHEY, a minor, AUSTIN GLENN LAHEY, a minor, and ASHLEY AMBER LAHEY, a

minor, by and through their undersigned attorneys who, pursuant to Fla.R.Civ.P. 1.442,

§768.79 Fla. Stat., and §57.041 Fla. Stat. hereby move this Honorable Court for an Order

for attorneys' fees and costs against the Defendant, STATE FARM MUTUAL

AUTOMOBILE INSUARNCE COMPANY, and to amend any Final Judgment in favor of

the Plaintiffs and against Defendant to reflect same. and as grounds therefore would state

as follows::

     1.      This lawsuit was filed September 12, 2001.

     2.      Thereafter, this matter was tried before a jury on March 20, 2006 through

March 31, 2006, the Honorable Ralph Steinberg presiding.

**EXHIBIT**

**3**

3.      The verdict returned by the jury was in Plaintiffs' favor, the jury returning a verdict for David Lahey in the amount of One Million Eight Hundred Thousand and no/100 Dollars ($1,800,000.00); for Gayle Lahey in the amount of One Million and no/100 Dollars ($1,000,000,000); and for Two Hundred Fifty Thousand and no/100 Dollars ($250,000.00) for each of the four (4) children.

4.      Final Judgment was entered on September 27, 2006.

5.      On or about December 20, 2001, Plaintiff, DAVID LAHEY, served a Proposal for Settlement for $247,750.00 to Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and on or about December 20, 2001, Plaintiff, GAYLE LAHEY, served a Proposal for Settlement for $49,250.00 to Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.  Copies of those Proposals for Settlement have previously been filed with the Court and are also attached hereto as Exhibits 1 and 2 respectively.

6.      Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, failed to accept either Proposal for Settlement within the time allowed by law.

7.      As the jury awards to the Plaintiffs, DAVID LAHEY, and GAYLE LAHEY, were more than twenty-five percent (25%) above the amounts stated in their respective Proposals for Settlement, the Plaintiffs, DAVID LAHEY, and GAYLE LAHEY, are entitled to their reasonable attorneys' fees and taxable costs incurred since December 20, 2001, pursuant to §768.79 Fla. Stat. and Fla.R.Civ.P. 1.442.

8.      Plaintiffs have been represented in this matter, in whole or in part, by the Law firm of CLARK & MARTINO, P.A.; James W. Clark, Esquire; the Law offices of Herbert M. Berkowitz, P.A.; Herbert M. Berkowitz, Esquire; the Law firm of Sims, Amat, Stakenborg & Henry, P.A.; Dorothy Clay Sims, Esquire; the Law Firm of Kynes, Markman &

Felman, P.A., and Stuart C. Markman, Esquire, all of whom are owed reasonable attorneys fees for the work performed in the course of this representation and for the work which continues to be necessary in representing the Plaintiffs. That the amount of hours expended to date for attorneys and assistants is in excess of 1,800 hours.

9.    Additionally, the Plaintiffs, as the prevailing parties in this matter, are entitled to recover the costs that have actually been incurred and/or have been paid by the undersigned, and are associated with this litigation pursuant to §57.041 Fla. Stat. That Plaintiffs' costs to date are in the amount of $60,741.92.

WHEREFORE, Plaintiffs, DAVID LAHEY, and GAYLE LAHEY, his wife, individually and as parents and next friends of BRITTANY NICOLE LAHEY, a minor, TYLER CHRISTIAN LAHEY, a minor, AUSTIN GLENN LAHEY, a minor, and ASHLEY AMBER LAHEY, a minor, through counsel, respectfully request that this Motion be granted and that this Court award attorneys' fees and costs to the Plaintiffs and, as appropriate, enter an Amended Final Judgment reflecting the same, and for said other and relief as the Court deems appropriate, proper and just.

### CERTIFICATE OF SERVICE

I CERTIFY that a copy hereof has been furnished by U.S. Mail on this _17th_ day of October, 2006 upon the following counsel of record:

Raymond A. Haas, Esq.
Haas, Dutton, Blackburn, Lewis & Longley, P.L.
4921 Memorial Highway, Suite 200
Tampa, FL 33634.

JAMES W. CLARK, ESQ.        FBN: 146250
CLARK & MARTINO, P.A.
3407 W. Kennedy Blvd., Tampa, FL 33609
PH: (813) 879-0700 / FAX: (813) 879-5498
Attorneys for Plaintiffs

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE
STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
CIVIL DIVISION

DAVID LAHEY and GAYLE LAHEY, his wife,
individually and as parents and next friends of
BRITTANY NICOLE LAHEY, a minor, TYLER
CHRISTIAN LAHEY, a minor, AUSTIN GLENN            Case No. 01007936
LAHEY, a minor  and ASHLEY AMBER LAHEY,
a minor,                                          Division:  B

                    Plaintiffs,

vs

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                    Defendant.
_____/

## NOTICE OF FILING

COMES NOW, the Plaintiff, GAYLE LAHEY, by and through the undersigned attorneys and

hereby gives notice of filing Plaintiff, Gayle Lahey's Proposal for Settlement Pursuant to Rule

1.442, Florida Rules of Civil Procedure, and Florida Statutes, Chapter 768.79 which was served

on Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, on December 20

2001.

## CERTIFICATE OF SERVICE

I CERTIFY that a copy hereof has been furnished by U.S. Mail on this 29th day
of September, 2006, upon the following counsel of record:

Raymond A. Haas, Esq.
Haas, Dutton, Blackburn, Lewis & Longley, P.L.
4921 Memorial Highway  Suite 200
Tampa, FL 33624

JAMES W. CLARK, ESQ.            FBN  148250
CLARK & MARTINO, P.A.
3407 W. Kennedy Blvd., Tampa, FL 33609
PH: 813 879-0700  FAX: 813 879-5498
Attorneys for Plaintiffs

EXHIBIT
1

IN THE CIRCUIT COURT FOR THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

DAVID LAHEY and GAYLE LAHEY, his
wife,

      Plaintiffs,                Case No.:   01307938

Vs                              Division: B

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendants.
_____/

### PLAINTIFF, GAYLE LAHEY'S PROPOSAL FOR SETTLEMENT PURSUANT TO RULE 1.442, FLORIDA RULES OF CIVIL PROCEDURE, AND FLORIDA STATUTES, CHAPTER 768.79

COMES NOW the Plaintiff, GAYLE LAHEY, by and through the undersigned attorneys, pursuant to *Florida Rules of Civil Procedure*, Rule 1.442 and *Florida Statutes*, Chapter 768.79, and hereby propose to settle all claims brought by Plaintiff, GAYLE LAHEY, against the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as follows:

1.    That this proposal is being made pursuant to Rule 1.442, *Florida Rules of Civil Procedure*, and Chapter 768.79, *Florida Statutes*.

2.    That the proposal is directed to the following party:  Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

3.    Plaintiff, GAYLE LAHEY, proposes to accept a judgment in the amount of FORTY-NINE THOUSAND TWO HUNDRED FIFTY and 00/100s DOLLARS $49,250.00).

4.    Plaintiff, GAYLE LAHEY, makes no claim for punitive damages, and accordingly, the amount proposed to settle the claim for punitive damages is zero.

5.    This proposal does not include attorney's fees and attorney's fees are not a part of Plaintiff's legal claim.

This Proposal of Settlement shall be rejected unless accepted by delivery of a written Notice of Acceptance, within thirty (30) days after service of same.

### Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of foregoing document was

served upon the following parties by U.S. Mail on this 20th day of December, 2001.

Raymond A. Haas, Esquire
Haas, Lewis & Longley
1901 N. 13th Street; Suite 300
Tampa, FL  33605
Telephone: 813-253-5333

JAMES W. CLARK, ESQUIRE
CLARK, CHARLTON & MARTINO, P.A.
3407 W. Kennedy Boulevard
Tampa, FL 33609
Post Office Box 24268
Tampa, FL 33623-4268
PH: (813) 879-0700
Fax: (813) 879-5498
Fla. Bar No. 146250
Attorneys for Plaintiffs

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE
STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
CIVIL DIVISION

DAVID LAHEY and GAYLE LAHEY, his wife
individually and as parents and next friends of
BRITTANY NICOLE LAHEY, a minor, TYLER
CHRISTIAN LAHEY, a minor, AUSTIN GLENN            Case No.: 01007936
LAHEY, a minor, and ASHLEY AMBER LAHEY,
a minor,                                         Division:  B

            Plaintiffs,

vs

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

            Defendant.
_____/

## NOTICE OF FILING

COMES NOW, the Plaintiff, DAVID LAHEY, by and through the undersigned attorneys and

hereby gives Notice of Filing Plaintiff, David Lahey's Proposal for Settlement Pursuant to Rule

1.442, Florida Rules of Civil Procedure, and Florida Statutes, Chapter 768.79 which was served

on Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, on December 20,

2001.

## CERTIFICATE OF SERVICE

I CERTIFY that a copy hereof has been furnished by U.S. Mail on this ___29th___ day
of September, 2006, upon the following counsel of record:

Raymond A. Haas, Esq.
Haas, Dutton, Blackburn, Lewis & Longley, P.L.
4921 Memorial Highway, Suite 200
Tampa, FL 33624

JAMES W. CLARK, ESQ.         FBN: 146250
CLARK & MARTINO, P.A.
3407 W. Kennedy Blvd., Tampa, FL 33609
PH: 813 879-0700  FAX: 813 879-5498
Attorneys for Plaintiffs

**EXHIBIT**

tabbies

/

IN THE CIRCUIT COURT FOR THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

DAVID LAHEY and GAYLE LAHEY, his
wife,

      Plaintiffs,                Case No.:   010079391

Vs                              Division:    B

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendants.
_____/

## PLAINTIFF, DAVID LAHEY'S PROPOSAL FOR SETTLEMENT PURSUANT TO RULE 1.442, FLORIDA RULES OF CIVIL PROCEDURE, AND FLORIDA STATUTES, CHAPTER 768.79

    **COMES NOW** the Plaintiff, DAVID LAHEY, by and through the undersigned attorneys, pursuant to *Florida Rules of Civil Procedure, Rule* 1.442 and *Florida Statutes,* Chapter 768.79, and hereby propose to settle all claims brought by Plaintiff, DAVID LAHEY, against the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as follows:

    1.    That this proposal is being made pursuant to Rule 1.442, *Florida Rules of Civil Procedure,* and Chapter 768.79, *Florida Statutes.*

    2.    That the proposal is directed to the following party: Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

    3.    Plaintiff, DAVID LAHEY, proposes to accept a judgment in the amount of TWO HUNDRED FORTY-SEVEN THOUSAND SEVEN HUNDRED FIFTY and 00/100s DOLLARS ($247,750.00).

    4.    Plaintiff, DAVID LAHEY, makes no claim for punitive damages, and, accordingly, the amount proposed to settle the claim for punitive damages is zero.

    5.    This proposal does not include attorney's fees and attorney's fees are not a part of Plaintiff's legal claim.

This Proposal of Settlement shall be rejected unless accepted by delivery of a written Notice of Acceptance, within thirty (30) days after service of same.

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of foregoing document was

served upon the following parties by U.S. Mail on this 20th day of December, 2001.

Raymond A. Haas, Esquire
Haas, Lewis & Longley
1901 N. 13th Street; Suite 300
Tampa, FL 33605
Telephone: 813-253-5333

JAMES W. CLARK, ESQUIRE
CLARK, CHARLTON & MARTINO, P.A.
3407 W. Kennedy Boulevard
Tampa, FL 33609
Post Office Box 24266
Tampa, FL 33623-4266
PH: (813) 879-0700
fax: (813) 879-5498
Fla. Bar No. 146250
Attorneys for Plaintiff