IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

STATE FARM MUTUAL AUTO )
INSURANCE COMPANY, )
 )
    Defendant/Appellant, )   CASE NO.: 01-CA-007938
 )
vs. )   DIVISION: B
 )
DAVID and GAYLE LAHEY, )
 )
    Plaintiffs/Appellees. )
_____/

### NOTICE OF APPEAL

NOTICE is hereby given that STATE FARM MUTUAL AUTO INSURANCE COMPANY, Defendant/Appellant, by and through their undersigned attorneys, appeals to the District Court of Appeal, Second District of Florida, the final order of this Court rendered September 27, 2006. The nature of the order is a final judgment in favor of the Plaintiffs and against the Defendant/Appellant.

Respectfully submitted,

_____
Tracy Raffles Gunn
Florida Bar No: 0984371
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, FL 33601
(813) 228-7411
Fax No: (813) 229-8313
Attorneys for Defendant/Appellant


EXHIBIT 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished by U.S. Mail to:

| | |
|---|---|
| James W. Clark, Esquire<br>Clark, Charlton & Martino, P.A.<br>P. O. Box 24268<br>Tampa, FL  33623<br><br>Attorney for plaintiffs | Raymond A. Haas, Esquire<br>David W. Longley, Esquire<br>Haas, Dutton, Blackburn, Lewis<br>& Longley<br>1901 N. 13th Street, Suite 300<br>Tampa, FL   33605<br><br>Attorney for  Defendant |
| Stuart C. Markman, Esquire<br>Kynes Markman & Felman, P.A.<br>P. O. Box 3396<br>Tampa, FL  33601<br><br>Appellate Attorneys for<br>Plaintiffs | |

on October 24, 2006.

_____
Attorney

#2280578v1

IN THE CIRCUIT COURT FOR THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

DAVID LAHEY, GAYLE LAHEY, his wife,
Individually and as parents and next
friends of BRITTANY NICOLE LAHEY, a
minor, TYLER CHRISTIAN LAHEY, a
minor, AUSTIN GLENN LAHEY, a minor,
and ASHLEY AMBER LAHEY, a minor

Case No.:   01007938

Division B

Plaintiffs,

Vs

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

Defendant.
_____/

## FINAL JUDGMENT FOR PLAINTIFFS

THIS CAUSE was heard by a jury and on March 31, 2006, the Jury rendered a verdict in favor of the Plaintiffs in the total amount of $3,800,000.00.

IT IS ORDERED AND ADJUDGED that Plaintiffs, DAVID LAHEY, GAYLE LAHEY, his wife, Individually and as parents and next friends of BRITTANY NICOLE LAHEY, a minor, TYLER CHRISTIAN LAHEY, a minor, AUSTIN GLENN LAHEY, a minor, and ASHLEY AMBER LAHEY, a minor, do have and take a Judgment from the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, in the amount of three-hundred thousand ($300,000.00) dollars plus interest at the legal rate as set forth under *Florida Statutes* from the date of Judgment, for which let execution issue. The amount of the Final Judgment is being limited to the Defendant's underinsured motorist policy limit, pursuant to Defendant's Motion to Limit Amount of Final Judgment. However, this limitation shall not prejudice, in any manner whatsoever,

SEP 2 9 2006

Lahey v State Farm
Case No: 01-007338

the Plaintiffs' ability to recover the entire verdict by pursuing all of their rights, remedies, and causes of action, including, but not limited to an insurance company bad faith cause of action.

The Court reserves jurisdiction for pending matters and Plaintiffs' Motion for Attorneys' Fees and Motion to Tax Costs.

DONE AND ORDERED in Chambers in Tampa, Hillsborough County, Florida this the 27th day of September 2006.

RALPH STEINBERG
CIRCUIT COURT JUDGE

Copies furnished to:

JAMES W. CLARK, ESQUIRE, CLARK, CHARLTON & MARTINO, P.A., 3407 W. Kennedy Boulevard, Post Office Box 24268, Tampa, FL 33623-4268

RAYMOND A. HAAS, ESQUIRE, HAAS, LEWIS & LONGLEY, 1901 N. 13th Street, Suite 300, Tampa, FL 33605