IN THE CIRCUIT COURT FOR THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

DAVID LAHEY and GAYLE LAHEY, his wife,

    Plaintiffs,

Vs

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendants.
_____/

Case No.:   01007938;

Division:   B

## PLAINTIFF, DAVID LAHEY'S PROPOSAL FOR SETTLEMENT PURSUANT TO RULE 1.442, FLORIDA RULES OF CIVIL PROCEDURE, AND FLORIDA STATUTES, CHAPTER 768.79

**COMES NOW** the Plaintiff, DAVID LAHEY, by and through the undersigned attorneys, pursuant to *Florida Rules of Civil Procedure*, *Rule* 1.442 and *Florida Statutes*, Chapter 768.79, and hereby propose to settle all claims brought by Plaintiff, DAVID LAHEY, against the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as follows:

1. That this proposal is being made pursuant to Rule 1.442, *Florida Rules of Civil Procedure*, and Chapter 768.79, *Florida Statutes*.

2. That the proposal is directed to the following party: Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

3. Plaintiff, DAVID LAHEY, proposes to accept a judgment in the amount of TWO HUNDRED FORTY-SEVEN THOUSAND SEVEN HUNDRED FIFTY and 00/100s DOLLARS ($247,750.00).

4. Plaintiff, DAVID LAHEY, makes no claim for punitive damages, and, accordingly, the amount proposed to settle the claim for punitive damages is zero.

5. This proposal does not include attorney's fees and attorney's fees are not a part of Plaintiff's legal claim.



EXHIBIT 5

This Proposal of Settlement shall be rejected unless accepted by delivery of a written Notice of Acceptance, within thirty (30) days after service of same.

## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of foregoing document was served upon the following parties by U.S. Mail on this 20th day of December, 2001.

Raymond A. Haas, Esquire
Haas, Lewis & Longley
1901 N. 13th Street; Suite 300
Tampa, FL 33605
Telephone: 813-253-5333

JAMES W. CLARK, ESQUIRE
CLARK, CHARLTON & MARTINO, P.A.
3407 W. Kennedy Boulevard
Tampa, FL 33609
Post Office Box 24268
Tampa, FL 33623-4268
PH: (813) 879-0700
fax: (813) 879-5498
Fla. Bar No. 146250
Attorneys for Plaintiff

IN THE CIRCUIT COURT FOR THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

DAVID LAHEY and GAYLE LAHEY, his wife,

    Plaintiffs,

Vs

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendants.
_____/

Case No.:   01007938

Division: B

## PLAINTIFF, GAYLE LAHEY'S PROPOSAL FOR SETTLEMENT PURSUANT TO RULE 1.442, FLORIDA RULES OF CIVIL PROCEDURE, AND FLORIDA STATUTES, CHAPTER 768.79

**COMES NOW** the Plaintiff, GAYLE LAHEY, by and through the undersigned attorneys, pursuant to *Florida Rules of Civil Procedure, Rule* 1.442 and *Florida Statutes*, Chapter 768.79, and hereby propose to settle all claims brought by Plaintiff, GAYLE LAHEY, against the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as follows:

    1.    That this proposal is being made pursuant to Rule 1.442, *Florida Rules of Civil Procedure*, and Chapter 768.79, *Florida Statutes*.

    2.    That the proposal is directed to the following party: Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

    3.    Plaintiff, GAYLE LAHEY, proposes to accept a judgment in the amount of FORTY-NINE THOUSAND TWO HUNDRED FIFTY and 00/100s DOLLARS ($49,250.00).

    4.    Plaintiff, GAYLE LAHEY, makes no claim for punitive damages, and, accordingly, the amount proposed to settle the claim for punitive damages is zero.

    5.    This proposal does not include attorney's fees and attorney's fees are not a part of Plaintiff's legal claim.

This Proposal of Settlement shall be rejected unless accepted by delivery of a written Notice of Acceptance, within thirty (30) days after service of same.

### Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of foregoing document was served upon the following parties by U.S. Mail on this 20th day of December, 2001.

Raymond A. Haas, Esquire
Haas, Lewis & Longley
1901 N. 13th Street; Suite 300
Tampa, FL 33605
Telephone: 813-253-5333

JAMES W. CLARK, ESQUIRE
CLARK, CHARLTON & MARTINO, P.A.
3407 W. Kennedy Boulevard
Tampa, FL 33609
Post Office Box 24268
Tampa, FL 33623-4268
PH: (813) 879-0700
Fax: (813) 879-5498
Fla. Bar No. 146250
Attorneys for Plaintiffs