DOI FILE #: _____

## CIVIL REMEDY NOTICE OF INSURER VIOLATION
INSTRUCTIONS FOR COMPLETING THIS FORM ON REVERSE SIDE

Date Submitted: December 3, 2001    INS. CO. FEIN #: _____

1. Company: State Farm Insurance Companies
   Street Address: 7401 Cypress Gardens Blvd.
   City/State/Zip: Winter Haven, FL 33888
   Individual(s) Involved: David Lahey

This notice is given for the purpose of perfecting the rights of the person(s) damaged to pursue civil remedies authorized by Section 624.155, Florida Statutes.

2. Complainant: ☒ Insured   ☐ Third Party   ☐ Other
   Insured Name: David Lahey           Policy No.: G04 5277-D1859B
   Complainant Name: David Lahey       Claim No.: 59-V127-942
   Attorney (if any): James W. Clark, Esquire
   Street Address: 3407 W. Kennedy Blvd.
   City/State/Zip/Cnty: Tampa, FL 33609

3. TYPE OF INSURANCE:
   ☐ Accident & Health        ☐ Life & Annuity        ☐ Residential Property & Casualty
   ☐ Medicare Supplement      ☒ Auto                  ☐ Commercial Property & Casualty
   ☐ Miscellaneous _____

4. REASON FOR NOTICE:
   ☐ Cancellation/Non-renew   ☐ Claim Denial          ☒ Unsatisfactory Settlement Offer
   ☒ Claim Delay              ☐ Unfair Trade Practice ☒ Other Failure to settle in good faith

5. PURSUANT TO SECTION 624.155(2)(b)1, F.S. please provide the statutory provision, including the specific language of the statute, which the insurer allegedly violated.
   List Statue number(s): 624.155(1)(b)(1); 624.155(1)(b)(2); and 624.155(b)(b)(3).
   Statute Language: Not attempting in good faith to settle claims when, under the circumstances, it could and should not have done so, had it acted fairly and honestly toward its insured and with due regard for his interests; failing to promptly settle claims when such obligation becomes reasonably clear ...

6. Briefly reference the specific policy language that is relevant to the violation, if any. If the person bringing the civil action is a third party claimant, she or he shall not be required to reference the specific policy language if the insurer has not provided a copy of the policy to the third party claimant pursuant to written request.
   State Farm states it will reasonably evaluate & make proper payments to its insured as such relates to any claims for UM coverage. In this instance, State Farm has not attempted to evaluate and compensate its insured, and did not make proper payments under the provisions of its PIP benefits.

7. Briefly describe the facts and circumstances giving rise to the violation.
   David Lahey has had to pay out of pocket for injuries he received in the automobile accident of 2/18/99. Further, because of State Farm's failure to make a reasonable evaluation of his claim, he had to secure an attorney, incur litigation expenses that would not have been necessary had State Farm acted reasonably and with due diligence toward its insured.

DI4-363
(rev 11/99)

**EXHIBIT 6**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    State Farm Ins. Co.
    Attn: Claims Ofc.
    7401 Cypress Garden Blvd
    Winter Haven, FL
    33888

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature STATE FARM
   [signature]                           ☐ Agent
                                         ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   [postmark: WINTER HAVEN FL 33880 DEC 7 2001 USPS]

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7001 1140 0001 5043 1251

PS Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1424

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    FL Dept. of Insurance
    Consumer Assistance
    Civil Remedy
    Larson Bldg., 200 E. Gaines
    Tallahassee, FL
    [illegible]

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
                                         DEC 10 2001

C. Signature
   DEPARTMENT OF INSURANCE              ☐ Agent
X  TREASURER AND FIRE MARSHAL           ☐ Addressee
   L. SHEATH, MAIL CENTER SUPERVISOR

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7001 1140 0001 5043 1268

PS Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1424